**SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-7958 PA (AJWx) | Date | October 5, 2011 |
|---|---|---|---|
| Title | Duquesne Whitaker, et al. v. Resmae Mortgage Corporation, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Paul Songco | N/A | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS - ORDER TO SHOW CAUSE

The court orders Plaintiffs to file a submission identifying all defendants who have been served with the summons and complaint, including the dates of service, by October 17, 2011. Plaintiffs are further ordered, upon service of the summons and complaint on any remaining unserved defendants, to file a proof of service within five (5) court days of such service. The clerk is ordered to serve a copy of this Order upon all parties who have appeared in this action.

IT IS SO ORDERED.