# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-7958 PA (AJWx) | Date | October 18, 2011 |
|---|---|---|---|
| Title | Duquesne Whitaker, et al. v. Resmae Mortgage Corporation, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Paul Songco | N/A | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS - ORDER TO SHOW CAUSE

On October 5, 2011, the Court ordered Plaintiffs to file a submission identifying all defendants who have been served with the summons and complaint, including the dates of service, by October 17, 2011.  (See Docket No. 7.)

To date, Plaintiffs have not filed a response as ordered by the Court.  The Court again orders Plaintiffs to file a submission identifying all defendants who have been served with the summons and complaint, including the dates of service.  The filing is due on or before October 25, 2011.  Plaintiffs are further ordered, upon service of the summons and complaint on any remaining unserved defendants, to file a proof of service within five (5) court days of such service.

Failure to respond to this Order by October 25, 2011 may result in sanctions, including dismissal of this action.  The clerk is ordered to serve a copy of this Order upon all parties who have appeared in this action.

IT IS SO ORDERED.